**SO ORDERED.**

**SIGNED this 3rd day of March, 2020.**



_____
Dale L. Somers
United States Chief Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EDGAR MARQUEZ, | ) | Case No. 19-41069 |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| J. MICHAEL MORRIS, Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary No. 19-07031 |
| | ) | |
| STATE FARM BANK, FSB; | ) | |
| And EDGAR MARQUEZ, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING DEFAULT JUDGMENT

Before the Court is the Motion for Default filed by J. Michael Morris, trustee (the "plaintiff"). On February 19, 2020 the Clerk of the Bankruptcy Court entered a Clerk's Entry of Default against State Farm Bank, FSB ("SFB") and Edgar Marquez ("Marquez") in accordance with Fed.R.Civ.P. 55(a), made applicable to adversary proceedings by Fed.R.Bankr.P. 7055.

The Court having reviewed the pleadings in the adversary proceeding, the Chapter 7 case of Edgar Marquez, Case No. 19-41069, and being fully advised, finds that default judgment is hereby entered against defendants SFB and Marquez determining they are in default as follows:

1. Judgment is granted against SFB avoiding the unperfected security interest in the 2016 Jeep, VIN 1C4NJDBB0GD97202 (the "2016 Jeep") pursuant to 11 U.S.C. §544(a), recovering the same from defendant SFB pursuant to 11 U.S.C. §550, and preserving the lien for the benefit of the estate pursuant to 11 U.S.C. §551.

2. Marquez has claimed the property as exempt. The Court hereby determines (a) the lien to be in the amount of $12,650.00, the scheduled value of the vehicle with the scheduled amount owed to SFB being $16,500.00; and (b) that if the debtor does not enter into an agreement with the trustee to pay such lien within 14 days of the date of the order on this motion, that the lien be foreclosed and turnover ordered as to the vehicle to the trustee.

3. Finally, Plaintiff is awarded costs of $350.00 against SFB.

###

KLENDA AUSTERMAN LLC
301 North Main, Suite 1600
Wichita, Kansas 67202-4888
Telephone: (316) 267-0331
Facsimile: (316) 267-0333
jmmorris@klendalaw.com

By:   *s/ J. Michael Morris*
      J. Michael Morris, #09292
      *Attorney for Trustee*