**SO ORDERED.**

**SIGNED this 5th day of March, 2020.**



_Dale L. Somers_
Dale L. Somers
United States Chief Bankruptcy Judge

___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **In Re:** | |
| **Edgar Marquez,** | Case No. 19-41069 |
| Debtor. | Chapter 7 |
| **J. Michael Morris,** | |
| Plaintiff, | |
| v. | Adv. No. 19-07031 |
| **State Farm Bank, FSB and Edgar Marquez,** | |
| Defendants. | |

### Order Amending Default Judgment

On March 3, 2020, the Court entered its Order Granting Default Judgment against Defendants State Farm Bank, FSB and Debtor Edgar Marquez. Upon review of the file, the Court has determined that a default judgment should not have been entered against Debtor. Debtor is on active duty in the military. The Servicemembers Civil Relief Act, 50 U.S.C. § 3931, prohibits entry of a default judgment against him under the circumstances of this proceeding.

The Order Granting Default Judgment is amended to delete any and all grants of relief to the Plaintiff against Defendant Edgar Marquez. The default judgment against Defendant State Farm Bank, FSB is not amended.

It is so ordered.

###