UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EDGAR MARQUEZ, | ) | Case No. 19-41069 |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| J. MICHAEL MORRIS, Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary No. 19-07031 |
| | ) | |
| STATE FARM BANK, FSB; | ) | |
| And EDGAR MARQUEZ, | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED COMPLAINT TO (1) AVOID UNPERFECTED SECURITY INTEREST; AND (2) TO DETERMINE RIGHTS TO INCLUDE FORECLOSURE OF AVOIDED LIEN**

The trustee for his Amended Complaint states:

1. He is the duly qualified and acting trustee in this case.

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §157.

3. This adversary action relates to In re: Edgar Marquez, Case No. 19-41069 pending in the United States Bankruptcy Court, District of Kansas.

4. This is a core proceeding pursuant to 28 U.S.C. §157.

5. The above bankruptcy case was filed on August 26, 2019 under Chapter 7 of Title 11 U.S.C.

6. By Order of March 3, 2020 (Adv. Doc. #13) the Court granted default judgment against both defendants (1) avoiding the lien of defendant State Farm Bank in the 2016 Jeep, VIN 1C4NJDBB0GD97202 and preserving the lien for the benefit of the estate, and (2) against defendant debtor determining the amount of the avoided lien and providing that the lien be foreclosed if the debtor

27E2893

did not enter into an agreement for payment of the lien within fourteen (14) days.

7. Such default judgment was amended by Order of March 5, 2020 (Adv. Doc. #15) deleting any relief as to the defendant debtor per the SCRA, 50 U.S.C. §3931.

8. By Order of May 4, 2020, the Court granted plaintiff trustee's Motion to Appoint Attorney to Represent Defendant Debtor (Adv. Doc. #21). Attorney Adam Mack was so appointed.

9. No Answer or other Response has been filed on behalf of the defendant debtor.

10. The Complaint is amended as set out above. Further, the defendant debtor has made no agreement with the plaintiff trustee as to payment of the avoided lien. In fact, the defendant debtor has not responded to any correspondence from the trustee setting out payment proposals.

11. The Court should order the avoided lien foreclosed, and immediate delivery of the Jeep to the trustee.

WHEREFORE, the trustee requests an order as set out above and for such other and further relief as the Court deems just.

KLENDA AUSTERMAN LLC
301 North Main, Suite 1600
Wichita, Kansas 67212
(316) 267-0331
jmmorris@klendalaw.com

By:____/s/ *J. Michael Morris*_____
J. Michael Morris #09292
Attorney for the Trustee

27E2893